**UNITED STATES of America, Plaintiff-Appellee**

v.

**Roel Daniel GALVAN, Defendant-Appellant**

**No. 16-40499**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed January 10, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Roel Daniel Galvan, Pro Se

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Roel Daniel Galvan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galvan has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Galvan's response. We concur with counsel's assessment that the appeal pres-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.